ACCEPTED
03-15-00293-CV
6527242
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:18:13 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00293-CV

In the Court of Appeals
For the Third Judicial District of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:18:13 PM
JEFFREY D. KYLE
Clerk

BOB E. WOODY,
Plaintiff-Appellant,

v.

J. BLACK'S, LP and J. BLACK'S, GP, LLC,
Defendants-Appellees.

On Appeal from Cause No. D-1-GN-09-001436
In the 345th Judicial District Court of Travis County, Texas
The Honorable Steven Yelenosky Presiding

**Appellant's Unopposed First Motion for
Extension of Time to File Opening Brief**

TO THE HONORABLE COURT OF APPEALS:

Appellant's opening brief currently is due August 19, 2015. Pursuant to Texas Rule of Appellate Procedure 38.6(d), appellant respectfully requests a 15-day extension of time until **September 3, 2015** to file his opening brief. This extension is requested for the following reasons.

1

The undersigned had responsibility for the following additional commitments during late July and August 2015:

- Preparing a reply in support of a motion for rehearing (filed July 27, 2015) for defendant-appellee in a case concerning issues under the Hague Service Convention: *Menon v. Water Splash, Inc.*, No. 14-14-00012-CV (Tex. App.—Houston [14th Dist]);

- Preparing a response to a motion to dismiss (due July 29, 2015) on behalf of the plaintiff in a federal antitrust matter: *Viva Cinemas Theaters and Entertainment LLC d/b/a Viva Cinema v. America Multi-Cinema, Inc.*, No. 4:15-cv-01015 (S.D. Tex.);

- Preparing the plaintiff's objections to a magistrate's memorandum and recommendation (due July 28, 2015) in another federal antitrust matter: *Houston KP, LLC v. City of Houston*, No. 4:14-CV-02928 (S.D. Tex.); and

- Assisting in the preparation of a motion for summary judgment (for filing this week) on behalf of defendant Superior Well Services, Inc. in a state property matter: *Cabot Oil & Gas Corp. v. Casedhole Solutions, Inc. et al.*, No. 2014-14786 (127th Dist. Ct., Harris County, Texas);

Although the undersigned has not given these commitments priority over the current appeal, the undersigned could not complete appellant's opening brief in this matter by August 19, 2015 given the deadlines in these other matters.

The undersigned has confirmed that appellees are unopposed to this motion.

No prior extensions have been previously requested or granted.

**Prayer**

Appellant respectfully request that the Court grant him a 15-day extension of time to file his opening brief.

2

Respectfully submitted,

*/s/ Jeremy Gaston*
Jeremy Gaston
Texas SBN 24012685
jgaston@hmgnc.com
HAWASH MEADE GASTON
NEESE & CICACK LLP
2118 Smith Street
Houston, Texas  77002
Telephone:  (713) 658-9001
Facsimile:   (713) 658-9011

Rick Gray
Texas SBN 08328300
rick.gray@graybecker.com
Gray & Becker, PC
900 West Avenue
Austin, TX  78701-2210
Telephone:  512-482-0061
Facsimile:   512-482-0924

Tom C. McCall
Texas SBN 13350300
tmccall@themccallfirm.com
David B. McCall
Texas SBN 13344500
dmccall@themccallfirm.com
The McCall Firm
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759
Telephone:  (512) 477-4242
Facsimile:   (512) 477-2271

Hector H. Cardenas, Jr.
Texas SBN 00790422
hcardenas@cardenas-law.com
THE CARDENAS LAW FIRM
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759

Telephone: (512) 477-4242
Facsimile: (512) 477-2271

*Counsel for Appellant*

**Certificate of Conference**

The undersigned conferred with appellees' counsel regarding this motion, and appellees are unopposed to the relief requested herein.

*/s/ Jeremy Gaston*
Jeremy Gaston

## CERTIFICATE OF SERVICE

I certify that on August 17, 2015 a true and correct copy of the foregoing document was served on the following counsel of record by electronic filing:

Eric J. Taube
Andrew Vickers
Hohmann, Taube & Summers, LLP
100 Congress Avenue, 18th Floor
Austin, TX  78701-4042
Counsel for J. Black's, LP and J. Black's, GP, LLC

***Counsel for Appellees***

*/s/ Jeremy Gaston*
Jeremy Gaston
